UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 1

```
ABSPECIALTY SILICONES LLC

                    Plaintiff,

         v.

UNITED STATES,
                    Defendant.
```

SUMMONS

Court No. 25-00099

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | Chicago O'Hare Airport | Center (if known): | CEE041 |
| Protest Number: | 390120116087 | Date Protest Filed: | July 23, 2020 |
| Importer: | AB Specialty Silicones LLC | Date Protest Denied: | April 24, 2025 |
| Category of Merchandise: | various silicone compounds | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| F2370115909 | June 15, 2019 | April 24, 2020 | | | |
| | | | | | |
| | | | | | |

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Robert J. Becerra, B.C.S.
**Becerra Law, P.A.**
2800 Ponce de Leon Blvd, Suite 1400
Coral Gables, FL 33134
Tel: 305-375-0112
Email: rbecerra@rjbecerralaw.com

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Organo-inorganic Other | 2931.90.9010 | 25% | 2931.90.9051 or 3910.00.0000 | 3% |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Classification decided as HTS.2931.90.9010 instead of HTS 2931.90.9051 or 3910.00.0000

The issue which was common to all such denied protests:
Misclassification by CBP of the items from HTS 2931.90.9051 upon entry to HTS 2931.90.9010/9903.88.04 at liquidation subject to Section 301 tariffs.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
Signature of Plaintiff's Attorney

June 4, 2025
Date